UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:13-CV-00022-BR

| | |
|---|---|
| ADAM L. PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LENCH MOB RECORDS; )<br>ENTERTAINMENT ONE (KOCH )<br>RECORDS); WILLIAM CALHOUN and EMI )<br>MUSIC, INC., )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on defendant Entertainment One U.S. LP's motion for a court-hosted settlement conference. The motion represents that plaintiff consents to the request. The motion is ALLOWED, and the case is hereby REFERRED to U.S. Magistrate Judge Kimberly A. Swank for a settlement conference pursuant to Local ADR Rule 101.2, EDNC. Judge Swank will schedule the conference by separate order.

This 6 February 2014.

_____
W. Earl Britt
Senior U.S. District Judge