UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Adam L. Perry, )
)
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
Entertainment One (Koch Records), ) No. 2:13-CV-22-BR
Lench Mob Records, William Calhoun, )
and EMI Music, Inc., )
)
Defendants. )
)

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on plaintiff's motions to remand, plaintiff's filing entitled "Amend Complaint or Join Additional Parties" and defendant Entertainment One's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motions to remand are DENIED. Defendant Entertainment One's motion for summary judgment is GRANTED. To the extent plaintiff's filing entitled "Amend Complaint or Join Additional Parties" could be deemed a motion, it is DENIED. Judgment is entered in favor of the defendants and this case is closed.

**This judgment filed and entered on April 23, 2014, and served on:**

Adam L. Perry (Via US Mail at 600 Swamp Road, Hertford, NC 27944)
Daniel J. Aaron (Via CM/ECF Notice of Electronic Filing)
E. Bradley Evans (Via CM/ECF Notice of Electronic Filing)

April 23, 2014 /s/ Julie A. Richards,
Clerk of Court